# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHARLES HAMNER**                                                                                                **PLAINTIFF**
**ADC # 143063**

v.                     **CASE NO. 2:21-CV-00062-BSM**

**DEAN MANNIS,** *et al.*                                                            **DEFENDANTS**

## **ORDER**

Having reviewed the entire record *de novo*, the proposed findings and partial recommendation of United States Magistrate Patricia S. Harris [Doc. No. 16] is adopted. Charles Hamner's cell conditions claims against defendants Calvin Lewis, Annette Clark, Peggy Pitts, Rickey Smith, Michael MacKenzie, Justin Midkiff, and Devon Carrington may proceed, and his other claims are dismissed without prejudice.

IT IS SO ORDERED this 15th day of October, 2021.

                                                                                       _____
                                                                                UNITED STATES DISTRICT JUDGE