IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES HAMNER** **PLAINTIFF**
ADC #143063

v.            CASE NO. 2:21-CV-00062-BSM

**MICHAEL MACKENZIE** *et al.*, **DEFENDANTS**

## ORDER

    Having reviewed the record *de novo*, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 55] is adopted, the parties' motions for summary judgment [Doc. Nos. 42, 47] are denied, and this case will be set for trial. A scheduling order will issue separately.

    IT IS SO ORDERED this 17th day of July, 2023.

                                                                                _____
                                                                              UNITED STATES DISTRICT JUDGE