IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES HAMNER**  **PLAINTIFF**
**ADC #143063**

v.     CASE NO. 2:21-CV-00062-BSM

**MICHAEL MACKENZIE, et al.**     **DEFENDANTS**

### JUDGMENT

Pursuant to the verdict returned by the jury on February 26, 2024, following one day of trial, judgment is entered in favor of defendants Michael MacKenzie, Rickey Smith, Devon Carrington, Justin Midkiff, and Patricia Snyder. Judgment is therefore entered for all defendants and against Hamner, and Hamner's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 27th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE